IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES BERNARD ROBINSON, JR.,
    Plaintiff,

vs.                                         Case No.  3:11cv560/LAC/CJK

R. TIFFT, et al.,
    Defendants.
_____

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 1, 2012. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed (doc. 24), including plaintiff's proposed second amended complaint (doc. 26), which I have considered to have been filed in support of the objections.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3. Plaintiff's motions to amend (doc. 25) and for reconsideration (doc 28) are **DENIED** in light of the instant Order.

4. The clerk is directed to close the file.

DONE AND ORDERED this 6th day of July, 2012.

> s/*L.A. Collier*
> LACEY A. COLLIER
> SENIOR UNITED STATES DISTRICT JUDGE

*Case No: 3:11cv560/LAC/CJK*